UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARY JANE GLOWCZENSKI, et al.,

                              Plaintiff(s),                        **ORDER**
                                                                            CV04-4052/CV 04-
                                                                            4053(SJF)(WDW)

                -against-

TASER INTERNATIONAL INC., et al.,
                              Defendant(s).
-------------------------------------------------------------------X

**WALL, Magistrate Judge:**

Before the court is a letter motion by the plaintiffs in CV 04-4052, seeking, *inter alia,* an order compelling discovery from defendant Taser International. The motion is unopposed. The motion is granted on the terms set forth below and the plaintiff is awarded costs and attorney's fees pursuant to Rule 37 in the amount of $500.

The plaintiffs assert that Taser has not responded to any discovery demands or settlement overtures. They seek an order striking the answer or entry of default judgment or preclusion of evidence, or, in the alternative, an extension of the discovery schedule allowing only the plaintiff to conduct discovery and compelling Taser to comply with discovery, along with attorney's fees and costs.

Taser is ordered to comply with all outstanding discovery demands by **February 21, 2007**, and to pay the plaintiffs $500 in attorney's fees and costs. If Taser fails to timely meet these obligations, the plaintiffs may renew their motion for the more serious sanctions that they seek, and the defendant is warned that failure to comply may result in the recommendation of dispositive relief to the plaintiffs.

The court will not at this time extend the discovery deadline, which is now set to expire on June 7, 2007. There are four months left in which the parties can complete discovery, and the

court finds no good cause at this time to extend the deadline. The plaintiffs are cautioned to move promptly if problems arise in the future, and not to wait several months after discovery responses were due to raise the issue.

Dated: Central Islip, New York
February 7, 2007

**SO ORDERED:**

/s/ William D. Wall
WILLIAM D. WALL
United States Magistrate Judge