Joseph A. Maria

# JOSEPH A. MARIA, P.C.

ATTORNEYS AT LAW

Frances D. Marinelli   •   Edward A. Frey

301 Old Tarrytown Road
White Plains, New York 10603
Telephone: 914-684-0333
Facsimile:  914-684-9772

January 20, 2010

ECF Filing
Hon. William D. Wall
United States District Court Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

>        Re:    Mary Jane Glowczenski and Jean Griffin v. Taser International
>                 Case No.:  CV 04-4052 (SJF)(WDW)
>                 Our File No.:  25-0001
>                 Glowczenski, et al v. Village of Southhampton, et al
>                 Docket No. CV-04-4053 (SFJ)(WDW)
>                 [companion case]

Dear Judge Wall:

We are the attorneys representing defendant TASER International, Inc.

At the telephone conference that was held on January 7, 2010, the following dates and times were set forth for the depositions of plaintiff's experts to be conducted at the law offices of Marcy D. Sheinwold, Esq., Lewis Johs Avallone Aviles & Kaufman LLP, 425 Broad Hollow Road, Suite 400, Melville, NY 11747:

1. Edward Mamet - February 16, 2010 at 2:00 p.m.
2. Lone Thanning - February 17, 2010 at 10:00 a.m.
3. Alan Leiken - Feburary 18, 2010 at 10:00 a.m.
4. Edward Mamet - February 19, 2010 at 11:00 a.m.

As mentioned, the depositions are to be conducted by my co-counsel, Michael Brave, Esq., Chief Counsel of TASER, who is from Arizona and that was the reason for the four consecutive dates.  Mr. Brave had already approved dates and adjusted his schedule.

Plaintiff's counsel now states that such dates and times were not court-ordered and that they can unilaterally change them.  This defeats the purpose of the conference call.

Plaintiff's counsel has stated that the deposition of Dr. Leiken will definitely not go forward on February 16, 2010.  This would leave an "empty date" in the middle of the four day expert scheme and would be a hardship to Co-Counsel Brave from Arizona.

Hon. William D. Wall                              Page 2 of 2
100 Federal Plaza
Central Islip, New York 11722

Accordingly, we ask that the Court set the dates as "court ordered."

Thank you for your consideration.

        Very truly yours,

        JOSEPH A. MARIA, P.C.

        *Joseph A. Maria/dj*
        By: Joseph A. Maria, Esq.

JAM/dj