June 11, 2010

Hon. William D. Wall, U.S.M.J.
Long Island Courthouse
100 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722


Re:     Glowczenski et al. v. Taser International, et al.
        Docket No.  CV04-4052 (WDW)

Dear Judge Wall:

The County writes to inform Your Honor that the undersigned has been scheduled for a trial in the matter of Williams v. County of Suffolk CV08-4624 before Judge Wexler on June 15, 2010. The trial is expected to last for 1-2 weeks.

Accordingly, the undersigned respectfully requests an adjournment for the above referenced matter for anytime convenient to the Court.

We thank the Court for its consideration.

Respectfully submitted,

CHRISTINE MALAFI
SUFFOLK COUNTY ATTORNEY

_____
Richard T. Dunne/RD-6665
Assistant County Attorney

RTD/snl
cc: Frederick K. Brewington
    John F. Renzulli
    Jeltje DeJong
    Lewis R. Silverman

1