UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Mary Jane Glowczenski and Jean Griffin
Individually and as the Co-Administratrix
of the Estate of DAVID GLOWCZENSKI,

DOCKET NO.: CV-04-4052
(SJF)(WDW)

                              Plaintiffs,

    -against-

TASER INTERNATIONAL INCORPORATED,

                              Defendant.
-----------------------------------------------------------X
MARY JANE GLOWCZENSKI and JEAN GRIFFIN,
Individually and as the Co-Administratrix
of the Estate of DAVID GLOWCZENSKI,

                              Plaintiffs,

    -against-

VILLAGE OF SOUTHAMPTON, SOUTHAMPTON
VILLAGE POLICE DEPARTMENT, POLICE OFFICER
Brian Platt, in his individual and official
capacity POLICE OFFICER Marla Donovan,
in her individual and official
capacity, POLICE OFFICER Chris Wetter,
in his individual and official capacity,
POLICE OFFICER Arthur Schucht, in his
individual and official capacity, COUNTY OF SUFFOLK,
SUFFOLK COUNTY POLICE DEPARTMENT,
LIEUTENANT Jack Fitzpatrick, in his individual and
official capacity, LIEUTENANT Howard Lewis, in his
individual and official capacity, John Doe 1-10,who are
known by name to the Defendants but as of yet are not
fully known to the Plaintiffs, OFFICE OF THE SUFFOLK
COUNTY MEDICAL EXAMINER, James C. Wilson, M.D.,
Deputy Medical Examiner, in his individual and official
capacity, SOUTHAMPTON VILLAGE VOLUNTEER
AMBULANCE, Melissa Croke, EMT, in her individual and
official capacity, Keith Phillips, EMT, in his individual and
official capacity, Tim Campbell, EMT, in his individual and
official capacity, and James Moore, Ambulance Driver, in his
individual and official capacity

**DECLARATION OF**
**ALAN M. LEIKEN, Ph.D**

                              Defendants.
-----------------------------------------------------------X
STATE OF NEW YORK, COUNTY OF SUFFOLK, NEW YORK SS:

      I, ALAN M. LEIKEN, Ph.D., am an expert in *Glowczenski v. TASER International*. I rely on

on my background and expertise in the economics to provide an economic loss analysis analysis in

this particular matter.

1.      I declare that I hold all of the opinions stated in my in expert Economic Loss Analysis report, dated March 24, 2009 in the matter of *Glowczenski v. TASER International*, attached hereto as Exhibit A, to a reasonable degree of certainty in the field of economics and economic loss calculations.

2.      Pursuant to the authority of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that my opinions held within Exhibit A are true and correct.

EXECUTED this __16__ th day of November, 2012 at __Suffolk__, New York.

_____
Alan M. Leiken, Ph.D.

Docket No.:CV-04-4052
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARY JANE GLOWCZENSKI and JEAN GRIFFIN,
Individually and as the Co-Administratrix (WDW)
of the Estate of DAVID GLOWCZENSKI,

                  Plaintiffs,
-against-

TASER INTERNATIONAL, INCORPORATED,

                  Defendants.
-------------------------------------------------------------X
MARY JANE GLOWCZENSKI and JEAN GRIFFIN
Individually and as the Co-Administratrix (WDW)
of the Estate of DAVID GLOWCZENSKI,

                  Plaintiffs,

-against-

VILLAGE OF SOUTHAMPTON, SOUTHAMPTON
VILLAGE POLICE DEPARTMENT, POLICE OFFICER
Brian Platt, in his individual and official
capacity POLICE OFFICER Marla Donovan,
in her individual and official
capacity, POLICE OFFICER Chris Wetter,
in his individual and official capacity,
POLICE OFFICER Arthur Schucht, in his
individual and official capacity, COUNTY OF SUFFOLK,
SUFFOLK COUNTY POLICE DEPARTMENT,
LIEUTENANT Jack Fitzpatrick, in his individual and
official capacity, LIEUTENANT Howard Lewis, in his
individual and official capacity, John Doe 1-10,who are
known by name to the Defendants but as of yet are not
fully known to the Plaintiffs, OFFICE OF THE SUFFOLK
COUNTY MEDICAL EXAMINER, James C. Wilson, M.D.,
Deputy Medical Examiner, in his individual and official
capacity, SOUTHAMPTON VILLAGE VOLUNTEER
AMBULANCE (a.k.a. SOUTHAMPTON E.M.T.UNIT),
Melissa Croke, EMT, in her individual and official capacity,
Keith Phillips, EMT, in his individual and official capacity,
Tim Campbell, EMT, in his individual and official capacity,
and James Moore, Ambulance Driver, in his individual and
official capacity,
                  Defendants.
-------------------------------------------------------------X
      DECLARATION OF ALAN M. LEIKEN,  Ph.D
-------------------------------------------------------------X

LAW OFFICES
OF FREDERICK K. BREWINGTON
*Attorneys for Plaintiffs*
556 Peninsula Boulevard
Hempstead, New York 11550
(516) 489-6959